WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cezan Armenta,<br><br>    Plaintiff,<br><br>v.<br><br>Daniel Spencer, et al.,<br><br>    Defendants. | No. CV-16-00697-TUC-DCB<br><br>**ORDER** |

The Defendants filed a Motion for Summary Judgment on June 22, 2018. Plaintiff filed a Response and Cross Motion for Summary Judgment. Defendants filed a Reply. Plaintiff seeks permission to respond to the Reply. Defendants file a Motion to Strike the Motion for permission to file what is a Sur-Reply. There is no provision for Sur-replies. LRCiv 56.1.

**Accordingly,**

**IT IS ORDERED** that the Motion for Permission (Doc. 75) is DENIED.

**IT IS FURTHER ORDERED** that the Motion to Strike (Doc. 76) is GRANTED.

Dated this 28th day of September, 2018.

Honorable David C. Bury
United States District Judge